[Nos. 38995-9-II; 38998-3-II. Division Two. February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL FALLON, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 08-1-01007-4, Diane M. Woolard, J., entered March 9, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 39019-1-II. Division Two. February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN EDWARD LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-0005-9, Jay B. Roof, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 39052-3-II. Division Two. February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY LAMARR GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04968-1, Rosanne Buckner, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 27813-1-III. Division Three. February 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY A. TOWNLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00043-1, Michael E. Cooper, J., entered March 19, 2009. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Korsmo, JJ.